FILED IN
COURT OF CRIMINAL APPEALS

January 9, 2015

ABEL ACOSTA, CLERK

PD-0006-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/2/2015 11:25:43 AM
Accepted 1/9/2015 9:33:48 AM
ABEL ACOSTA
CLERK

_____

# IN THE
# COURT OF CRIMINAL APPEALS
### *for*
# THESTATE OF TEXAS

---

**JAMES DOULE BURWELL**
                              **Petitioner-Appellant,**
**V.**

**STATE OF TEXAS,**
                              **Respondent-Appellee**

---

**On Appeal from the Eleventh Court of Appeals of Eastland, Texas
in Cause No. 11-12-00351**

**On Appeal from the 70th Judicial District of Ector County, Texas
in Cause No. A-39,270**

---

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

---

**DAVID G. ROGERS**
**Fivecoat & Rogers, PLLC**
**State Bar No. 00788310**
**214 West Texas, Suite 811**
**Midland, Texas 79702**
**Phone: 432/620-8774**
**Fax: 432/620-9945**
**Email: david@fivecoatlaw.com**
**Attorneys for Petitioner**

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes James Doyle Burwell, Petitioner in the above styled and numbered cause, and moves for an extension of time of 30 days to file a petition for discretionary review, and for good cause shows the following:

1. On November 20, 2014, the Court of Appeals affirmed Petitioner's conviction. See James Doyle Burwell v. State, 2014 WL 6603422 (Tex. App.-Eastland) 2014. Petitioner's petition for discretionary review was due to be filed on or before December 22, 2014.

2. Counsel has been unable to complete and file the petition for the following reasons: Counsel was officially retained by Petitioner to assist in this matter on December 23, 2014, and Counsel was in a full day mediation on that same day. Counsel's law firm was closed over the Christmas Holidays from December 24, 2014, through December 26, 2014. Additionally, Counsel's law firm had an early closing due to inclement weather on December 30, 2014, and was closed on December 31, 2014, for the same reasons. Counsel's law firm was also closed on January 1, 2015, for New Year's Day.

3. Petitioner is currently incarcerated in the Texas Department of Criminal Justice serving a life sentence without parole.

4.     Petitioner did not file a Motion for Rehearing in the Appellate Court, and he has not requested any extensions to file a petition for discretionary review with this Court.

5.     Petitioner Defendant files this request pursuant to *Texas Rules of Appellate Procedure 68.2(c) and Rule 10.5*

**WHEREFORE, PREMISES CONSIDERED**, Petitioner James Doyle Burwell respectfully requests this Court to grant an extension of 30 days, i.e. until February 4, 2015, to file his petition for discretionary review.

Respectfully submitted,

FIVECOAT & ROGERS PLLC
214 W. Texas Ave Ste. 811
Midland, Texas 79701
(432) 620-8774 (Tel)
(432) 620-9945 (Fax)


By: /s/ David G. Rogers
    David G. Rogers
    State Bar No. 00788310
    david@fivecoatlaw.com

**Attorney for James Doyle Burwell**

## Certificate of Compliance

In accordance with Rules 9.4(e) and (i) of the TEXAS RULES OF APPELLATE PROCEDURE, the undersigned attorney of record certifies that this Motion to Extend Time to File Petition for Discretionary Review contains **14-point** typeface for the body of the motion, contains **535** words, excluding those words identified as not being counted in Rule 9.4(i)(1), and was prepared on Microsoft Word 2010.

/s/ David G. Rogers
David G. Rogers

## CERTIFICATE OF SERVICE

This is to certify that on January 2, 2015, a true and correct copy of the above and foregoing document was served on the Mr. Michael Bloch, Ector County District Attorney's Office, 300 N. Grant, Odessa, Texas 79761, by E-mail at MICHAELBLOCH@ectorcountytx.gov.

/s/ David G. Rogers
David G. Rogers